UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLIFFORD MERLO, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT L. WILKIE, Secretary of Veteran Affairs, U.S. Department of Veteran Affairs,<br><br>　　　　Defendant. | No. 2:19-cv-5078-ODW-JC<br><br>**MODIFIED PROTECTIVE ORDER**<br><br>Honorable Jacqueline Chooljian<br>United States Magistrate Judge |

# ORDER

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that Protected Material, as defined in the Stipulation, may be disclosed by the parties and used pursuant to and in accordance with the Stipulation with the following modifications:

1. Paragraph 5 is modified to add subparagraph (e) as follows: "The Court and court personnel subject to the other provisions of the Stipulation."

2. Paragraph 7 is modified to read as follows: "Plaintiff may not lodge or file documents, pleadings, transcripts, or other materials in this litigation that contain or disclose Protected Material without obtaining Court approval to lodge or file the Protected Material under seal pursuant to Local Civil Rule 79-5.  All documents, pleadings, transcripts, or other materials lodged or filed in this litigation (including any appeal) that contain or disclose Protected Material must be submitted for filing under seal and, absent further court order, be maintained under seal.  Absent further court order, all deposition transcripts that contain or disclose Protected Material must be maintained under seal and subject to the Protective Order even if they are not lodged or filed with the Court.  Notwithstanding this provision, dates of birth, salary information, job position/appointment type, and curriculum vitae of current and former physicians of the DRO that are designated as Protected Material may be included in filings and used at trial as comparator(s) information, so long as such information does not refer to the comparator(s) by name."

IT IS SO ORDERED.

Dated:  April 18, 2021

                                               /s/
Honorable Jacqueline Chooljian
U.S. MAGISTRATE JUDGE