O
JS-6
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CLIFFORD MERLO,<br><br>             Plaintiff,<br><br>    v.<br><br>DENIS MCDONOUGH,<br><br>             Defendant. | Case No. 2:19-cv-05078-ODW (JCx)<br><br>**JUDGMENT** |

Pursuant to the Court's March 25, 2022 Order Granting Defendant's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered for Defendant Denis McDonough and against Plaintiff Clifford Merlo, and Plaintiff shall take nothing by way of his Complaint. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 25, 2022

                                        **OTIS D. WRIGHT, II**
                                   **UNITED STATES DISTRICT JUDGE**