JS-6
O

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLIFFORD MERLO,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DENIS MCDONOUGH, Secretary of Veteran Affairs, U.S. Department of Veteran Affairs,<br><br>　　　　Defendant. | No. 2:19-cv-05078-ODW-JC<br><br>**JUDGMENT** |

In accordance with the Court's Findings of Fact and Conclusions of Law dated June 21, 2024, it is hereby ordered, adjudged, and decreed that judgment is entered for Denis McDonough, Secretary, U.S. Department of Veterans Affairs and against Plaintiff Clifford Merlo.  Plaintiff shall take nothing from his action against Defendant.  The Clerk of the Court shall close this case.

Dated:  July 1, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE